ORIGINAL



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JAN 0 7 2003

| | |
|---|---|
| CHARLES FRISELLA | * |
| Plaintiff(s) | * |
| vs. | Case No.: AMD 02 CV 3435 |
| TRANSOCEANIC CABLE SHIP COMPANY, INC. * and ABC INSURANCE COMPANY | |
| Defendant(s) | * |

******

## MOTION FOR ADMISSION *PRO HAC VICE*

I, __M. Hamilton Whitman, Jr.__, am a member in good standing of the bar of this Court. My bar number is __00373__. I am moving the admission of __Ronald Betancourt__ to appear *pro hac vice* in this case as counsel for __Defendant Transoceanic Cable Ship Company, Inc.__.

We certify that:

1. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| US Court of Military Appeals | 3/9/93 |
| USDC, Southern District of NY | 6/4/91 |
| USDC, District of New Jersey | 12/21/93 |
| US Court of Appeals 2nd Circuit | 12/28/98 |
| US Court of Appeals 3rd Circuit | 8/18/99 |

2. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court __0__ times.

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied

U.S. District Court (Rev. 11/29/2001) - Pro Hac Vice                Page 1 of 2

admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

4.  The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5.  The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6.  Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7.  **The $50.00 fee for admission *pro hac vice* is enclosed.** (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| *Signature* | *Signature* |
| M. Hamilton Whitman, Jr. | Ronald Betancourt |
| Printed Name | Printed Name |
| Ober, Kaler, Grimes & Shriver | Betancourt, Van Hemmen & Greco |
| Firm | Firm |
| 120 E. Baltimore Street | 114 Maple Avenue |
| Address   Baltimore, MD 21202 | Address   Red Bank, NJ 07701 |
| 410-685-1120 | 732-530-4646 |
| Telephone Number | Telephone Number |
| 410-547-0699 | 732-530-9536 |
| Fax Number | Fax Number |

*************************************************************************

## ORDER

☒ GRANTED            ☐ DENIED

Felicia C. Cannon

_1-8-03_

Date

Clerk, United States District Court

by *Lisa Stanton*