OBER | KALER
A Professional Corporation

Ober, Kaler, Grimes & Shriver
Attorneys at Law

120 East Baltimore Street
Baltimore, MD 21202-1643
410-685-1120 / Fax 410-547-0699
www.ober.com

M. Hamilton Whitman, Jr.
mhwhitman@ober.com
410-347-7354

Offices In
Maryland
Washington, D.C.
Virginia

March 20, 2003

VIA CM/ECF

The Honorable André M. Davis
United States District Court
 for the District of Maryland
Fifth Floor, Room 520
101 W. Lombard Street
Baltimore, MD 21201

> Re: Charles Frisella v. Transoceanic Cable Ship Company, Inc., et al.
> Civil Action No.: AMD 02 CV 3435

Dear Judge Davis:

We write to acknowledge receipt by the parties in the above-referenced action of the Court's Memorandum to Counsel.

As stated in your Memorandum, we write to advise your Honor that counsel for plaintiff has provided the executed medical authorizations.

We appreciate your Honor's consideration.

Respectfully yours,

*[signature]*

M. Hamilton Whitman, Jr.

MHWJr/pkp

cc: William J. Blondell, Jr., Esquire (Via CM/ECF)
    Ronald Betancourt, Esquire (Via CM/ECF)