# BETANCOURT, VAN HEMMEN, GRECO & KENYON

114 MAPLE AVENUE
RED BANK, NEW JERSEY 07701

TELEPHONE (732) 530-4646
TELEFAX (732) 530-9536

| | |
|---|---|
| Ronald Betancourt | Of Counsel: |
| Jeanne-Marie Van Hemmen | Virginia Harper |
| John Greco | |
| Todd Kenyon* | *Not admitted in New Jersey |

March 26, 2003

Via CM/ECF
Honorable Andre M. Davis
United States District Court Judge
United States District Court
District of Maryland
101 W. Lombard Street
Baltimore, MD 21201

Dear Counsel: Request is GRANTED.
Revised Discovery Deadline is July 27, 2003.
Revised Dispositive Motion Due Date is August 23, 2003.
NO FURTHER EXTENSIONS WILL BE GRANTED.
/s/ Andre M. Davis
U.S.D.J.
March 26, 2003

Re: **Frisella v. Transoceanic Cable Ship Co., Inc.**
Civil Action No.: AMD 02-3435

Dear Judge Davis,

  We represent defendant Transoceanic along with our local counsel Messrs. Ober, Kaler in this maritime personal injury case brought by a merchant seaman against his prior employer. We write to alert the Court of discovery delays and to request a two-month extension of all remaining dates in the January 9, 2003 Scheduling Order. This is the first such request and our reasons are as follows:

  We recently received plaintiff's executed medical authorizations permitting the release of his records to us and we immediately sent them to his medical care providers. We have yet, however, to receive his records and we anticipate it will likely take several more weeks before his doctors respond. Our inability to obtain his medical records has prevented us from taking plaintiff's deposition and conducting an independent medical examination. Moreover, in our experience, plaintiff's deposition will likely lead to the need for additional discovery from third parties which we cannot foresee at this time. Finally, we have yet to receive plaintiff's experts reports. This, too, prevents our compliance with the Court's Scheduling Order concerning the production of defense expert reports. Thank you for the Court's consideration.

            Respectfully submitted,

            BETANCOURT, VAN HEMMEN, GRECO & KENYON

         By  /s/

                                    Ronald Betancourt

RB/ch

cc    Harry W. Blondell, Esq.
       Law Offices of William J. Blondell, Jr. Chartered
       Counsel for Plaintiff
       Via CM/ECF

       M. Hamilton Whitman, Jr.
       Ober, Kaler, Grimes & Shriver
       Local Counsel for Defendant
       Via CM/ECF