LAW OFFICES
# WILLIAM J. BLONDELL, JR., CHARTERED
628 EASTERN BOULEVARD
BALTIMORE, MARYLAND 21221-4992

WILLIAM J. BLONDELL, JR
HARRY W. BLONDELL
MARK C. MILLER
M. CRAWFORD KEENAN

OF COUNSEL
A. GUS MASTRACCI
MICHAEL A. MASTRACCI

TELEPHONE (410) 687-7878
FAX NUMBER (410) 687-4657
INTERSTATE 1-800-305-9390
EMAIL Info@wjblaw.com

WESTSIDE OFFICE
802 INGLESIDE AVENUE
BALTO, MD 21228
(410) 869-3400

March 28, 2003

<u>Via CM/ECF</u>
HONORABLE ANDRE M. DAVIS
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
5TH FLOOR, ROOM 520
101 WEST LOMBARD STREET
BALTIMORE, MD 21201

    RE: Frisella v. Transoceanic Cable Ship Company Inc.
        Civil Action No: AMD-02-CIV.3435

Dear Judge Davis,

    First I would like to apologize for not communicating with your office much sooner however our office has been experiencing some "growing pains" in dealing with the Court's changes with regard to CM/ECF. I advised Mr. Betancourt's office of these difficulties as late as Monday, March 24, 2003. Until today I have not had a working CM/ECF account and for some reason I was not able to see the documents by clicking through. Our problem was internal, not with the Court. As of today I am able to forward documents to the Court using the CM/ECF and received my PACER account and password.

    Please be advised that we have had numerous communications with Mr. Betancourt's office concerning the issue of the authorizations. We returned a set of authorizations to Mr. Betancourt, unfortunately these authorizations were not the correct version. Mr. Betancourt had sent a set of authorizationin January as well as a set in February. We had the earlier set executed and forwarded to him. This has now been corrected.

    In addition, Mr. Betancourt and Mr. Hand where involved in this case including the exchange of records and information when it was originally filed in the Eastern District of Louisiana. Therefore, I am somewhat surprised by his comment which would appear to suggest prejudice. In fact, he has been involved in this

```
Frisella v. Transoceanic Cable Ship Co., Inc.
AMD - 02 - CIV.3435
March 28, 2003; Page Two
```
---

litigation for some time.  However, this does not excuse our lack of timeliness with regard to providing him with the authorizations.  I do apologize to him and to the Court for the unnecessary involvement in this matter.

Additionally, parties have agreed, with the Court's permission, to extend deadlines as specified in the Scheduling Order filed on January 9, 2003 by thirty (30) days.  This will change all deadlines from the Plaintiff's Rule 26(a)(2)disclosures through the Dispositive Pretrial Motions deadline as expressed in the Scheduling Order, except for the trial date, by thirty (30) days.  This is requested with the Court's permission. I have obtained Mr. Bentancourt's agreement to this extension of time. (See Attached)

The parties may need to request additional time to conduct discovery in the future.  I will continue to reach amicable resolutions if Mr. Betancourt requires any additional time.  My client is a resident of Louisiana and will travel here as needed.  Obviously we will keep the court advised as to these matters.

Again, we are requesting an additional thirty (30) days extension for all dates as specified in the Scheduling Order from Plaintiff's Rule 26(a)(2)disclosures through the Dispositive Pretrial Motions deadline.

I thank you for your consideration in this matter and again apologize for my lack of communication with the court.

                Very truly yours,

                /s/

                Harry W. Blondell

HWB:jmb

cc: Ronald Betancourt
Betancourt, Van Hemmen, Greco & Kenyon
Counsel for Defedant
Via CM/ECF

M. Hamilton Whitman, Jr.
Ober, Kaler, Grimes & Shriver
Local Counsel for Defendant

Via CM/ECF

LAW OFFICES
## WILLIAM J. BLONDELL, JR., CHARTERED
628 EASTERN BOULEVARD
BALTIMORE, MARYLAND 21221-4992

WILLIAM J. BLONDELL, JR
HARRY W. BLONDELL
MARK C. MILLER
M. CRAWFORD KEENAN

OF COUNSEL
A. GUS MASTRACCI
MICHAEL A. MASTRACCI

TELEPHONE (410) 687-7878
FAX NUMBER (410) 687-4657
INTERSTATE 1-800-305-9390
EMAIL Info@wjblaw.com

WESTSIDE OFFICE
802 INGLESIDE AVENUE
BALTO, MD 21228
(410) 869-3400

March 7, 2003

RONALD BETANCOURT ESQUIRE
BETANCOURT VAN HEMMEN GRECO & KENYON
114 MAPLE AVE
RED BANK NJ 07701

   Re: Charles J. Frisella

Dear Mr. Betancourt:

   As I indicated, I should have the signed medical authorizations to you by Monday, March 17th, and if I anticipate any problem, I will contact you accordingly.

   Additionally, thank you for agreeing to extend the deadline for filing of our 26(a)2 Expert Designation Disclosures to April 10, 2003. Correspondingly, your deadline for 26(a)2 Disclosure will also be extend for an additional thirty (30) days.

   Should you have any questions or wish to discuss this matter further, do not hesitate contacting me, otherwise, hopefully you don't suffer too badly handling the depositions in Miami over this weekend.

   Thank you for your cooperation.

                              Very truly yours,

                                   /s/

                              Harry W. Blondell

HWB:gar