$50 **FEE PAID**
#194356
_____ **FEE NOT PAID**
         (SEND LETTER)

**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Charles Frisella
_____
            **Plaintiff(s)**

vs.                                              Case No.: AMD 02 Civ. 3435

Transoceanic Cable Ship Co. Inc. et. al.
_____
            **Defendant(s)**

******

## MOTION FOR ADMISSION *PRO HAC VICE*

I, M. Hamilton Whitman, Jr._____, am a member in good standing of the bar

of this Court. My bar number is 00373_____ I am moving the admission of

Todd P. Kenyon_____ to appear *pro hac vice* in this case as

counsel for defendant Transoceanic Cable Ship Co., Inc._____

We certify that:

1. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| New York State | March 16, 1984 |
| Southern/Eastern Districts of New York | Sept. 5, 2000/Sept.12, 2000 |
| Third Circuit Court of Appeals | September 25, 2000 |
| Court of Appeals of the Armed Forces | March 9, 1993 |

2. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court  0  times.

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

4. The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules

U.S. District Court (Rev. 03/06/2003) - Pro Hac Vice                           Page 1 of 3



of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6. Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7. **The $50.00 fee for admission *pro hac vice* is enclosed.** (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

8. The completed Electronic Case Files Attorney Registration Form is enclosed.

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| /s/ Signature | /s/ Todd P. Ke— Signature |
| M. Hamilton Whitman, Jr. | Todd P. Kenyon |
| Ober, Kaler, Grimes & Shriver | Betancourt, Van Hemmen & Greco |
| Firm | Firm |
| 120 E. Baltimore St., Balt. MD 21202 | 14 Maple Ave, Red Bank NJ 07701 |
| Address | Address |
| 410 685 1120 | 732 530 4646 |
|  | Telephone Number |
| 410 547 0699 | 732 530 9536 |
| Fax Number | Fax Number |

************************************************************

### ORDER

☑ GRANTED   ☐ DENIED

5-1-03
Date

Felicia C. Cannon
Clerk, United States District Court
by: /s/ Tina Stavrou

RECEIPT FOR PAYMENT
UNITED STATES DISTRICT COURT
for the

DISTRICT OF MARYLAND
BALTIMORE MARYLAND, MD

1194356

RECEIVED FROM:
BETANCOURT VAN HEMMEN ET AL 

Case Number:

AMD02-3435

S/U/B/D:

Party ID:
Tender Type:                CHECK

83-CO55XX                   $50.00

Pro Hac Vice
                $.00

Remarks:  Ck 1148 PHV
          Id P. Kenyon

     Subtotal:              $50.00

Receipt Total:              $50.00

* Checks and drafts are accepted
subject to collections and full
credit will only be given when
the check or draft has been
accepted by the financial
institution on which it was drawn.

Date:     4/30/03
Clerk:    MDW