LAW OFFICES
WILLIAM J. BLONDELL, JR., CHARTERED

628 EASTERN BOULEVARD
BALTIMORE, MARYLAND 21221-4992

TELEPHONE (410) 687-7878
FAX NUMBER (410) 687-4657
INTERSTATE 1-800-305-9390
EMAIL INFO@WJBLAW.COM

William J. Blondell, Jr
Harry W. Blondell
Mark C. Miller

Of Counsel
A. Gus Mastracci
Michael A. Mastracci

Westside Office
802 Ingleside Avenue
Balto, MD 21228
(410) 869-3400

July 3, 2003

**VIA CM/ECF**

THE HONORABLE ANDRE M DAVIS
UNITED STATES DISTRICT COURT JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
101 W LOMBARD STREET
BALTIMORE MD 21201

      Re:    Frisella v. Transoceanic Cable Ship Co., Inc.
           Civil Action No.: AMD 02-3435

Dear Judge Davis:

    I represent Charles Frisella in the above captioned matter. Mr. Frisella was required to board a ship for his employment and has traveled out of the United States and will be returning on or about August 1, 2003. Unfortunately, Mr. Frisella's financial condition required him to accept an assignment at sea.

    Mr. Kenyon and I have been speaking regarding this issue and we have agreed to the following extensions and are requesting Court approval of the same. We have agreed to extend the time for disclosures under Rule 26(a)(2) to sixty (60) from August 1, 2003. Additionally, because this case involves many out of state witnesses and because the Plaintiff resides in Louisiana and will be required to attend depositions and defense examinations in Maryland additional discovery time is necessary, we respectfully request that all other discovery be completed by December 2, 2003.

    Mr. Kenyon and I believe that this will allow us to accommodate all of the needs based on travel and otherwise and at the same time, there is no need to change or alter the Court's trial schedule in this matter.

The Honorable Andre M. Davis
July 3, 2003
<u>Page Two</u>

    Thank you for the Court's consideration.

                                Respectfully submitted,

                                      /s/

                                Harry W. Blondell

cc: Todd Kenyon