**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND

**CHAMBERS OF**
**ANDRE M. DAVIS**
**UNITED STATES DISTRICT JUDGE**

**U.S. COURTHOUSE**
**101 W. LOMBARD STREET**
**BALTIMORE, MARYLAND 21201**
**(410) 962-0801**
**FAX (410) 962-0820**
**MDDAMDChambers@mdd.uscourts.gov**

July 5, 2003

MEMORANDUM TO COUNSEL RE:

Frisella v. Transoceanic Cable Ship Co., Inc.
Case No. AMD 02-3435

      I thank Mr. Blondell for his letter dated July 3, 2003. As I made clear in my order of March 26, 2003, I am not prepared to modify the schedule in this case any further. Having said that, however, I have no objection to your informal agreement to modify the schedule to fit your needs. Nevertheless, the dispositive motions due date remains August 23, 2003, and the trial date remains unchanged (during the two week period beginning February 2, 2004).

Very truly yours,

/s/

Andre M. Davis
United States District Judge

AMD:tt