IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CHARLES FRISELLA | * | |
| Plaintiff, | * | Civil Action No. AMD 02 CV 3435 |
| vs. | * | |
| TRANSOCEANIC CABLE SHIP COMPANY, INC., and ABC INSURANCE COMPANY | * | |
| | * | |
| Defendants. | | |
| | ****** | |

## MOTION TO DISMISS

    PLEASE TAKE NOTICE that defendant Transoceanic Cable Ship Company, Inc. hereby moves, based on the pleadings in this action and the accompanying Memorandum of Law in Support, for an order pursuant to Federal Rules of Civil Procedure 4 and 12 dismissing the claim herein against defendant ABC Insurance Company and amending the caption of this litigation to remove any reference to ABC Insurance Company.

Date:   August 22, 2003

                                                 /s/
                                        Todd P. Kenyon, Bar ID 82767
                                        Ronald Betancourt, Bar ID 82302
                                        BETANCOURT, VAN HEMMEN, GRECO & KENYON
                                        114 Maple Avenue
                                        Red Bank, New Jersey 07701
                                        (732) 530-4646
                                        (732) 530-9536 (Fax)

                                        M. Hamilton Whitman, Jr., Trial Bar No. 00373
                                        Charles A. Dorio, Trial Bar No. 26369
                                        OBER, KALER, GRIMES & SHRIVER
                                        A Professional Corporation
                                        120 E. Baltimore Street
                                        Baltimore, Maryland 21202
                                        (410) 685-1120
                                        (410) 547-0699 (Fax)

Attorneys for Defendant
TRANSOCEANIC CABLE SHIP COMPANY, INC.