IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CHARLES FRISELLA | * | |
| Plaintiff, | * | Civil Action No. AMD 02 CV 3435 |
| vs. | * | |
| TRANSOCEANIC CABLE SHIP COMPANY, INC., and ABC INSURANCE COMPANY | * | |
| Defendants. | * | |

******

## CERTIFICATE OF SERVICE

    I hereby certify that on August 22, 2003 a copy of Transoceanic's Motion to Dismiss with accompanying Memorandum of Law in Support, which was electronically filed in this case on August 22, 2003, was mailed via first class mail, postage prepaid, to Law Offices of William J. Blondell, Jr., 628 Eastern Boulevard, Baltimore, MD 21221-4992, Attention of Harry W. Blondell, Esq., Plaintiff's Counsel.

Date:   August 22, 2003

                                                           /s/
                                       Todd P. Kenyon, Bar ID 82767
                                       Ronald Betancourt, Bar ID 82302
                                       BETANCOURT, VAN HEMMEN, GRECO & KENYON
                                       114 Maple Avenue
                                       Red Bank, New Jersey 07701
                                       (732) 530-4646
                                       (732) 530-9536 (Fax)

                                       M. Hamilton Whitman, Jr., Trial Bar No. 00373
                                       Charles A. Dorio, Trial Bar No. 26369
                                       OBER, KALER, GRIMES & SHRIVER
                                       A Professional Corporation
                                       120 E. Baltimore Street
                                       Baltimore, Maryland 21202
                                       (410) 685-1120
                                       (410) 547-0699 (Fax)

Attorneys for Defendant
TRANSOCEANIC CABLE SHIP COMPANY, INC.