


# SEAFARERS
# VACATION APPLICATION

182688 AU 19 03

PLEASE PRINT

Date of application 8 / 14 / 03
(month) (day) (year)

Port of application  New Orleans

Social Security No. 4 3 6 3 1 9 5 0 3   Name  Frisella   Charles   J
                                              (last)    (first)   (middle)

Permanent Address For Mail  2113 Pelican St
(street)

Slidell   La   70460
(city, state, zip)

Home Phone (985) 781-2362
(area) (phone)

Book Number  F-1086

Marital Status  M     Number of tax exemptions claimed  2    N.Y. State resident  ☐ Yes  ☒ No

Are you currently sailing or assigned to a vessel on the date of this application? CHECK ONE:
  ✓ No, I am "on the beach."
  ___ Yes, I am currently working for _____

ELIGIBILITY—At least ___ days accumulated seatime/boattime before making application. All dates of discharge, pay vouchers or check stubs must be less than one year old. Attach a photostatic copy of all discharges, pay vouchers or check stubs.

DO NOT WRITE IN GRAY AREA

| Vessel/Company | | Rating | |
|---|---|---|---|
| S/S OBREGON Waterman | 3109 | Boson Group 001 | 89 |
| Employed From 3-27-03 | | To 6-25-03 | |
| S/S OBREGON Waterman | 3109 | Boson Group 001 | 43 |
| Employed From 6-26-03 | | To 8-8-03 | |
| | | | |
| Employed From | | To | |
| | | | |
| Employed From | | To | |
| | | | |
| Employed From | | To | |

Verified by: _____
(union representative)

Your Vacation Benefits are very important to you. The SIU wants you to get your benefits as soon as possible after you have filled out your application. So please take care to fill out the application *clearly* and *completely*.

011    2Q03-3Q03=$800    504

FILL IN BENEFICIARY SECTION ON NEXT PAGE