# BETANCOURT, VAN HEMMEN, GRECO & KENYON

114 MAPLE AVENUE
RED BANK, NJ 07739

TEL.: (732) 530-4646

PLEASE NOTE: The information contained in this facsimile message may be privileged and confidential. This message is intended only for the use of the individual named below and others who have been specifically authorized to receive it. Additionally, if you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this communication in error, or if any problems occur with transmission, please notify us immediately by telephone–(732) 530-4646. Thank you.

DATE:   October 22, 2003

TO:   Harry W. Blondell, Esq.
Law Offices of William J. Blondell, Jr.
410-687-4657

FROM:   Todd P. Kenyon

TOTAL NO. OF PAGES (INC. THIS PAGE):   - 1 -

CLIENT/MATTER NO.:   Frisella v. Transoceanic

**COMMENTS:**

Dear Mr. Blondell:

  Further to our earlier correspondence, could please advise as soon as possible what your client's sailing schedule is for the next month to six weeks so that we may schedule his deposition and medical examination. As advised, we need several weeks notice to arrange the medical exam. In view of the trial schedule as it presently stands, we need to make arrangements for your client's deposition and exam as soon as possible.

Regards,
Todd Kenyon