# BETANCOURT, VAN HEMMEN, GRECO & KENYON
### 114 MAPLE AVENUE
### RED BANK, NJ 07739

### TEL.: (732) 530-4646

PLEASE NOTE: The information contained in this facsimile message may be privileged and confidential. This message is intended only for the use of the individual named below and others who have been specifically authorized to receive it. Additionally, if you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this communication in error, or if any problems occur with transmission, please notify us immediately by telephone--(732) 530-4646. Thank you.

**DATE:**  October 10, 2003

**TO:**  Harry W. Blondell, Esq.
Law Offices of William J. Blondell, Jr.
410-687-4657

**FROM:**  Todd P. Kenyon

**TOTAL NO. OF PAGES (INC. THIS PAGE):**  - 1 -

**CLIENT/MATTER NO.:**  Frisella v. Transoceanic

**COMMENTS:**

Dear Mr. Blondell:

Further to our telephone conversation of last week, could you please advise when Mr. Frisella will be available during the next several months for his deposition and IME. Since we must arrange an appointment with a medical doctor for an exam, we will need several weeks notice of his availability to do so. Also, if Mr. Frisella will not be available because he is at sea, please advise.

Regards,
Todd Kenyon