**BETANCOURT, VAN HEMMEN, GRECO & KENYON**
114 MAPLE AVENUE
RED BANK, NEW JERSEY 07701

Telephone: 732-530-4646
Telefax: 732-530-9536
www.bvgklaw.com

Ronald Betancourt
Jeanne-Marie D. Van Hemmen
John Greco
Todd P. Kenyon*

*Of Counsel*
Virginia A. Harper

*Member NY Bar only

August 22, 2003

Law Offices of William J. Blondell, Jr.
628 Eastern Boulevard
Baltimore, Maryland 21221-4992

Attention of Harry Blondell, Esq.

    Re: **Friscella v. Transoceanic**
       02 Civ. 3435 (AMD)
       Our Ref.: 92008-028

Dear Sir:

  Please find enclosed Transoceanic's Motion to Dismiss the claim against ABC Insurance Company.

  With respect to the schedule going forward, could you please advise when Plaintiff will be returning from sea so that we may schedule a deposition and IME.

            Sincerely yours,

            BETANCOURT, VAN HEMMEN, GRECO & KENYON

            By /s/ Todd P. Kenyon
            Todd P. Kenyon

TPK/ch

encls.