IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CHARLES FRISELLA | * | |
| Plaintiff, | * | Civil Action No. AMD 02 CV 3435 |
| vs. | * | |
| TRANSOCEANIC CABLE SHIP COMPANY, INC., and ABC INSURANCE COMPANY | * | |
| Defendants. | * | |

\*\*\*\*\*\*

## MOTION TO DISMISS PURSUANT TO RULE 37

     PLEASE TAKE NOTICE that defendant Transoceanic Cable Ship Company, Inc. hereby moves, based on the accompanying Declaration of Todd P. Kenyon, and attached exhibits, the accompanying Certificate of Conference, the accompanying Memorandum of Law in Support, and the prior proceedings and orders in this matter, for an order pursuant to Federal Rule of Civil Procedure 37 dismissing the Plaintiff's Complaint.

Date:   November 10, 2003

          /s/
Todd P. Kenyon, Bar ID 82767
Ronald Betancourt, Bar ID 82302
BETANCOURT, VAN HEMMEN, GRECO & KENYON
114 Maple Avenue
Red Bank, New Jersey 07701
(732) 530-4646
(732) 530-9536 (Fax)

M. Hamilton Whitman, Jr., Trial Bar No. 00373
Charles A. Dorio, Trial Bar No. 26369
OBER, KALER, GRIMES & SHRIVER
A Professional Corporation
120 E. Baltimore Street
Baltimore, Maryland 21202
(410) 685-1120
(410) 547-0699 (Fax)

Attorneys for Defendant
TRANSOCEANIC CABLE SHIP COMPANY, INC.