

**Ober, Kaler, Grimes & Shriver**
Attorneys at Law

120 East Baltimore Street
Baltimore, MD 21202-1643
410-685-1120 / Fax 410-547-0699
www.ober.com

**M. Hamilton Whitman, Jr.**
mhwhitman@ober.com
410-347-7354

**Offices In**
Maryland
Washington, D.C.
Virginia

March 18, 2003

<u>VIA CM/ECF</u>

The Honorable André M. Davis
United States District Court
 for the District of Maryland
Fifth Floor, Room 520
101 W. Lombard Street
Baltimore, MD 21201

        Re:    Charles Frisella v. Transoceanic Cable Ship Company, Inc., et al.
               <u>Civil Action No.: AMD 02 CV 3435</u>

Dear Judge Davis:

      Along with Ronald Betancourt of Red Bank, New Jersey as lead counsel, we represent defendant Transoceanic Cable Ship Company, Inc. ("TCSC") in this maritime personal injury case brought by a merchant seaman against TCSC under the Jones Act and General Maritime Law. We write to respectfully request a telephone conference to resolve a discovery impasse that threatens defendant's ability to comply with the schedule in this case.

      Counsel for plaintiff has failed to provide executed authorizations permitting the release of his client's medical records to us, despite repeated assurances over the past two months that he would do so. Needless to say, medical records are at the heart of this case, and their non-production has greatly impeded defendant's ability to develop its case. Further, defendant's expert's reports are due soon, and defendant's medical expert quite naturally requires an opportunity to review plaintiff's medical records prior to formulating his opinions.

      We would hope that a directive from the Court, in conference, would prompt plaintiff and his counsel to provide the executed medical authorizations and permit discovery to proceed as scheduled.

      Thank you in advance for your consideration in this matter. Mr. Betancourt and I will make ourselves available at the Court's convenience.

OBER | KALER
A Professional Corporation

The Honorable André M. Davis
March 18, 2003
Page 2

Respectfully yours,

M. Hamilton Whitman, Jr.

MHWJr/pkp

cc: William J. Blondell, Jr., Esquire (Via Facsimile and First-Class Mail)
Ronald Betancourt, Esquire (Via First Class Mail)