**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND

| | |
|---|---|
| **CHAMBERS OF**<br>**ANDRE M. DAVIS**<br>**UNITED STATES DISTRICT JUDGE** | **U.S. COURTHOUSE**<br>**101 W. LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>**(410) 962-0801**<br>FAX (410) 962-0820<br>MDDAMDChambers@mdd.uscourts.gov |

March 18, 2003

MEMORANDUM TO COUNSEL RE:

Frisella v. Transoceanic Cable Ship Company, Inc.
Civil No. AMD 02-3435

    I acknowledge Mr. Whitman's letter in which complaint is made over plaintiff's failure to authorize the release of his medical records in this personal injury action. I know that Mr. Blondell is a busy practitioner, perhaps not accustomed to the rigors of federal scheduling orders, but I assure him that this failure to assist in completing discovery in a timely manner will only harm his own client, not the defendant.

    Plaintiff shall provide the releases, or a clear and unambiguous written explanation for failing to do so, on or before the end of business on Friday, March 21, 2003.

Very truly yours,

/s/

Andre M. Davis
United States District Judge

AMD:tt