BETANCOURT, VAN HEMMEN, GRECO & KENYON
Attorneys for Defendant
TRANSOCEANIC CABLE SHIP CO., INC.
114 Maple Avenue
Red Bank, New Jersey 07701
(732) 530-4646
Ronald Betancourt (RB 5838)

OBER, KALER, GRIMES & SHRIVER
Local Co-Counsel for Defendant
TRANSOCEANIC CABLE SHIP CO., INC.
120 East Baltimore St.
Baltimore, MD 21202-1643
(410) 685-1120
M. Hamilton Whitman, Jr. (Trial Bar No. 00373)
Charles A. Diorio (Trial Bar No. 26369)

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
-------------------------------------------------------X

CHARLES FRISELLA,                       :         Civil Action No.: AMD 02 CV 3435

                Plaintiff,      :

  -against-                             :         **NOTICE OF DEPOSITION**

                                :

TRANSOCEANIC CABLE SHIP CO.,
INC. and ABC INSURANCE CO.            :

                Defendants.    :

-------------------------------------------------------X

       PLEASE TAKE NOTICE, that defendant, Transoceanic Cable Ship Co., Inc., pursuant to Rule 26 et seq. of the Federal Rules of Civil Procedure, will take the deposition upon oral examination of plaintiff before a notary public duly commissioned, or before some other person duly qualified, at the offices of Ober, Kaler, Grimes & Shriver, 120 East Baltimore St., Baltimore, Maryland, on the 27th day of March, 2003 at 10:00 A.M. or on a lawfully adjourned day, and from day to day until said deposition is completed.

Case 1:02-cv-03435-AMD     Document 20-5     Filed 11/10/2003     Page 2 of 3

Dated: Red Bank, New Jersey
       February 19, 2003

                                        BETANCOURT, VAN HEMMEN, GRECO & KENYON
                                        Attorneys for Defendant Transoceanic Cable Ship Co., Inc.

                                By_____
                                    Ronald Betancourt (RB 5838)
                                    14 Maple Ave.
                                    Red Bank, NJ 07701
                                    (732) 530-4646

TO: Law Offices William J. Blondell, Jr., Chartered
      Attorneys for Plaintiff
      628 Eastern Blvd.
      Baltimore, MD 21221-4992
      (410) 687-7878