BETANCOURT, VAN HEMMEN, GRECO & KENYON
Attorneys for Defendant
TRANSOCEANIC CABLE SHIP CO., INC.
114 Maple Avenue
Red Bank, New Jersey 07701
(732) 530-4646
Ronald Betancourt (RB 5838)

OBER, KALER, GRIMES & SHRIVER
Local Co-Counsel for Defendant
TRANSOCEANIC CABLE SHIP CO., INC.
120 East Baltimore St.
Baltimore, MD 21202-1643
(410) 685-1120
M. Hamilton Whitman, Jr. (Trial Bar No. 00373)
Charles A. Diorio (Trial Bar No. 26369)

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
-------------------------------------------------------X

| | | |
|---|---|---|
| CHARLES FRISELLA, | : | Civil Action No.: AMD 02 CV 3435 |
| Plaintiff, | : | |
| -against- | : | **NOTICE OF INDEPENDENT MEDICAL EXAMINATION** |
| | : | |
| TRANSOCEANIC CABLE SHIP CO., INC. and ABC INSURANCE CO. | : | |
| Defendants. | : | |

-------------------------------------------------------X

PLEASE TAKE NOTICE, that defendant, Transoceanic Cable Ship Co., Inc., pursuant to Rule 26 et seq. of the Federal Rules of Civil Procedure, will perform an independent medical examination of plaintiff on the 1st day of April, 2003 at 10:00 A.M. or on a lawfully adjourned day.  The identity of the examining doctor(s) and the location of his/her office(s) to be provided.

Dated: Red Bank, New Jersey
February 19, 2003

                                  BETANCOURT, VAN HEMMEN, GRECO & KENYON
                                  Attorneys for Defendant Transoceanic Cable Ship Co., Inc.

                             By_____
                                Ronald Betancourt (RB 5838)
                                14 Maple Ave.
                                Red Bank, NJ 07701
                                (732) 530-4646


TO:  Law Offices William J. Blondell, Jr., Chartered
       Attorneys for Plaintiff
       628 Eastern Blvd.
       Baltimore, MD 21221-4992
       (410) 687-7878