

# SEAFARERS
# VACATION APPLICATION

182h88 AU 19 03

**PLEASE PRINT**



Date of application **8 / 14 / 03**
(month) (day) (year)

Port of application __New Orleans__

Social Security No. | 4 | 3 | 6 | 3 | 1 | 9 | 5 | 0 | 3 |    Name __Friselle   Charles   J__
(last)    (first)    (middle)

Permanent Address
For Mail __2113 Pelican St__
(street)

Home Phone (985) 781-2562
(area)    (phone)

__Slidell   La   70460__
(city, state, zip)

Book Number __F-1086__

Marital Status __M__    Number of tax exemptions claimed __2__    N.Y. State resident ☐ Yes ☒ No

Are you currently sailing or assigned to a vessel on the date of this application? CHECK ONE:
__✓__ No, I am "on the beach."
____ Yes, I am currently working for ____

**ELIGIBILITY**—At least ____ days accumulated seatime/boattime before making application. All dates of discharge, pay vouchers or check stubs must be less than one year old. Attach a photostatic copy of all discharges, pay vouchers or check stubs.

DO NOT WRITE IN GRAY AREA

| Vessel/Company | | Rating | |
|---|---|---|---|
| S/S OBREGON  Waterman | 3109 | Boson Group | 001 |
| Employed From  8-24-03 | To  6-25-03 | | 89 |
| S/S OBREGON  Waterman | 3109 | Boson Group | 001 |
| Employed From  10-26-03 | To  8-8-03 | | 43 |
| Vessel/Company | | Rating | |
| Employed From | To | | |
| Vessel/Company | | Rating | |
| Employed From | To | | |
| Vessel/Company | | Rating | |
| Employed From | To | | |

Verified by: _____
(union representative)

Your Vacation Benefits are very important to you. The SIU wants you to get your benefits as soon as possible after you have filled out your application. So please take care to fill out the application *clearly and completely.*

2Q03-3Q03=$200

FILL IN BENEFICIARY SECTION ON NEXT PAGE