**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND

CHAMBERS OF
ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0801
FAX (410) 962-0820
MDDAMDChambers@mdd.uscourts.gov

November 6, 2003

MEMORANDUM TO COUNSEL RE:

Frisella v. Transoceanic Cable Ship Co., Inc.
Case No. AMD 02-2335

  I thank Mr. Kenyon for his letter dated today. Of course, I decline to become involved in the matter described in his letter. I have previously warned plaintiff about the need for cooperation. I see no need to reiterate that warning.

  I am calendaring the pre-trial conference and trial in this case as follows:

  (1) The pre-trial conference shall be held on Friday, December 19, 2003, beginning at 4:00 p.m. in chambers. The proposed pre-trial order shall be filed electronically in accordance with the Local Rules, together with motions in limine, if any.

  (2) The trial shall commence on Tuesday, February 17, 2004 (slightly later than the two-week period originally ordered.)

Very truly yours,

/s/

Andre M. Davis
United States District Judge

AMD:tt