IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CHARLES FRISELLA | * | |
| Plaintiff, | * | Civil Action No. AMD 02 CV 3435 |
| vs. | * | |
| TRANSOCEANIC CABLE SHIP COMPANY, INC., and ABC INSURANCE COMPANY | * | |
| | * | |
| Defendants. | | |

\*\*\*\*\*\*

## CERTIFICATE OF SERVICE

     I hereby certify that on November 10, 2003 a copy of Transoceanic's Motion to Dismiss Pursuant to Rule 37, with accompanying Memorandum of Law in Support, Kenyon Declaration with exhibits and Certificate of Conference, which was electronically filed in this case on November 10, 2003, was mailed via first class mail, postage prepaid, to Law Offices of William J. Blondell, Jr., 628 Eastern Boulevard, Baltimore, MD 21221-4992, Attention of Harry W. Blondell, Esq., Plaintiff's Counsel.

Date:   November 10, 2003

 

                                               /s/
                                      Todd P. Kenyon, Bar ID 82767
                                      Ronald Betancourt, Bar ID 82302
                                      BETANCOURT, VAN HEMMEN, GRECO & KENYON
                                      114 Maple Avenue
                                      Red Bank, New Jersey 07701
                                      (732) 530-4646
                                      (732) 530-9536 (Fax)

                                      M. Hamilton Whitman, Jr., Trial Bar No. 00373
                                      Charles A. Dorio, Trial Bar No. 26369
                                      OBER, KALER, GRIMES & SHRIVER
                                      A Professional Corporation
                                      120 E. Baltimore Street
                                      Baltimore, Maryland 21202
                                      (410) 685-1120
                                      (410) 547-0699 (Fax)

Attorneys for Defendant
TRANSOCEANIC CABLE SHIP COMPANY, INC.