**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| CHARLES FRISELLA | : |
| | : |
| Plaintiffs | : CIVIL ACTION NO. AMD 02-3435 |
| | : |
| v. | : |
| | : |
| TRANSOCEANIC CABLE SHIP | : |
| COMPANY, INC., ET AL. | : |
| | : |
| Defendants | : |
| | : |

<u>CHANGE OF ADDRESS</u>

Dear Clerk,

Please note the following change of address and firm,

Law Offices of Harry W. Blondell
9634 Deerco Road
Timonium, MD 21093
410-308-3669
fax 410-561-8738
email harry@blondelllaw.com

/s/
_____
Harry W. Blondell
Attorney for Plaintiff

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY, that on this 17th of November, 2003, a copy of the foregoing Change of Address mailed to the Defendant, Transoceanic Cable Ship Company, Inc., et al. to Charles A

Diorio, Esquire, Ober, Kaler, Griimes & Shriver, 120 E. Baltimore, Maryland 21202, and Todd Kenyon, Esquire, Betancourt, Van Hemmen & Greco, 114 Maple Avenue, Red Bank, New Jersey 07701 by ECF/CM.

/s/

_____

Harry W. Blondell