Law Office of
# HARRY W. BLONDELL
**9634 DEERECO ROAD**
**TIMONIUM, MD 21093**

Phone: 410-308-3669 • 410-561-8738 fax

November 17, 2003

```
via Fax
TODD P KENYON ESQUIRE
BETANCOURT VAN HEMMEN GRECO & KENYON
114 MAPLE AVE
RED BANK NJ 07701
```

    Re:  Charles Frisella v. Transoceanic Cable Ship Company, et al

Dear Mr. Kenyon:

    On October 2, 2003, I separated form the firm of William J. Blondell, Jr., Chartered. I have moved to the above address.

    Unfortunately, Mr. Frisella was a client of my old firm and I ethically I did not have the right to notify you sooner. Equally, no one at my old firm notified the court and any notices from the court and telephone calls from you went unanswered. The file was forwarded to me on November 17, 2003 along with your motion and the Honorable Judge Davis's letter of November 6, 2003.

    I am trying to verify that the transfer of the file to me is acceptable to the client. I do not anticipate a problem. Unfortunately, after not hearing form me and when you indicated that you could not conduct his deposition and schedule your medical examination during the week of October 6-10, 2003, Mr Frisella shipped out for the Middle East.

    Mr. Frisella will be available to come to Baltimore on January 6, 2003. It is my hope that this date will be acceptable for you to conduct both the medical examination and your deposition.

    I don not believe that your have formally answered discovery in this matter. I note that you have provided documents that are responsive, but you have not answered interrogatories and requests for production of documents. Could you please answer this discovery.

    Please call me upon receipt so that we can discuss these issues.  Unfortunately, I could not contact you sooner.

                              Very truly yours,

                              Harry W.  Blondell

HWB:lmc  
cc: Terry Hand