UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0801
FAX (410) 962-0820
MDDAMDChambers@mdd.uscourts.gov

December 1, 2003

MEMORANDUM TO COUNSEL RE:

Charles Frisella  v. Transoceanic Cable Ship Company, Inc.
Civil No. AMD 02-3435

     With all respect, the rambling, stream-of-conscious opposition filed by plaintiff to the motion to dismiss is a woefully inadequate response to the defendant's repeated requests and demands throughout this litigation that plaintiff (and plaintiff's in-state and out-of-state counsel) cooperate in bringing this case to conclusion by living up to their responsibilities as litigants in this court. I have rarely if ever observed so inexplicable and, indeed, contumacious flaunting of court orders as has been demonstrated in this case. In my memorandum to counsel dated March 18, 2003, and in my marginal order of March 26, 2003, I made it abundantly clear the scheduling order in this case would be strictly enforced. The manifest lack of good faith on the part of plaintiff and his counsel simply cannot be ignored. Repeated allusions to "ethical concerns" and the like do not equal an explanation for conscious willful disregard of court orders.

     Under the circumstances, it seems clear that plaintiff has abandoned this litigation, for surely he does not believe that the federal courts may handle the work it is assigned wholly in conformity with plaintiff's schedule as it evolves from time-to-time. In any event, the request for a continuance is DENIED FOR LACK OF GOOD CAUSE. If plaintiff fails to present a proposed pre-trial order to defendants in a timely fashion so that the December 19, 2003, pre-trial conference may take place as scheduled, then the case will be dismissed.

     Defendant may, of course, file a reply to the plaintiff's "opposition" to the motion to dismiss in accordance with the Local Rules. In any event, I do not expect to rule on the motion to dismiss before the pre-trial conference on December 19.

Very truly yours,

/s/

Andre M. Davis
United States District Judge

AMD:tt