# BETANCOURT, VAN HEMMEN, GRECO & KENYON
### 114 MAPLE AVENUE
### RED BANK, NEW JERSEY 07701

Telephone: 732-530-4646
Telefax: 732-530-9536
www.bvgklaw.com

Ronald Betancourt
Jeanne-Marie D. Van Hemmen
John Greco
Todd P. Kenyon*

*Of Counsel*
Virginia A. Harper
*Member N Y bar only*

November 20, 2003

By Telefax 410-561-8738
Law Offices of Harry W. Blondell
9634 Deereco Road
Timonium, MD 21093

Attention of Harry Blondell, Esq.

    Re:  **Frisella v. Transoceanic**
          02 Civ. 3435 (AMD)
          Our Ref.: 92008-028

Dear Sir,

    We refer to your letter dated November 17, 2003. In view of the pending motion and the trial schedule, we will have to defer to the Court concerning the possibility of holding Plaintiff's deposition and medical examination in January.

    We note that you acknowledge that we have provided documents responsive to your interrogatories and document demand. As a formality, we will mailing to you within the next several days the covering responses keyed to your individual requests.

                            Very truly yours,

                            BETANCOURT, VAN HEMMEN, GRECO & KENYON

                            By _/s/ Todd K._
                            Todd P. Kenyon

TPK/ch