# Harry W. Blondell
Attorney at Law

**9634 DEERECO ROAD**
**TIMONIUM, MD 21093**

Phone: 410-308-3669 • 410-561-8738 fax

To: _Todd Kenyon_

From: Harry W. Blondell

Fax: _732-530-9536_

Pages including cover: _2_

Re: _Charles Frusella v. Transoceanic_

Law Office Of
# HARRY W. BLONDELL
9634 Deereco Road
Timonium, Maryland 21093

Phone: 410-308-3669 - Fax: 410-561-8738
Email: harry@BlondellLaw.com

December 2, 2003

via Fax and Regular Mail
TODD P KENYON ESQUIRE
BETANCOURT VAN HEMMEN GRECO & KENYON
114 MAPLE AVE
RED BANK NJ 07701

Re: Charles Frisella v. Transoceanic Cable Ship Company, et al

Dear Mr. Kenyon:

Thank you for providing me with responsive discovery on December 1, 2003 at appr. 17:32. I assume that you will mailing me signed originals shortly. Could email a copy to the above address in either Word or WordPerfect format? Thank you in advance for your cooperation.

Can you also please provide me with dates beginning the week of December 8, 2003 and for you medical exam and deposition of Mr. Frisella. I have advised Mr. Hand to get Mr Frisella to the United States emergently. While I do not deserve it I appreciate your cooperation in this matter and will conduct Mr. Frisella deposition at a location convenient for you.

I anticipate providing you with a copy of the proposed pretrial order on December 4, 2003. I will fax and email a copy to you. Do you have a preferred format? We will need to file this with the court five days prior to the pretrial or December 12, 2003.

Please call me upon receipt so that we can discuss these issues. Thank you for you cooperation.

Very truly yours,

Harry W. Blondell

Other Locations -- Bel Air - Catonsville - Glen Burnie