# BETANCOURT, VAN HEMMEN, GRECO & KENYON
### 114 MAPLE AVENUE
#### RED BANK, NEW JERSEY 07701

TEL.: 732-530-4646
FAX: 732-530-9536

PLEASE NOTE: The information contained in this facsimile message may be privileged and confidential. This message is intended only for the use of the individual named below and others who have been specifically authorized to receive it. Additionally, if you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this communication in error, or if any problems occur with transmission, please notify us immediately by telephone--(732) 530-4646. Thank you.

DATE: December 2, 2003

TO: Harry W. Blondell, Esq.
Law Offices of Harry W. Blondell
410-561-8738

FROM: Todd P. Kenyon

TOTAL NO. OF PAGES (INC. THIS PAGE): - 1 -

CLIENT/MATTER NO.: Frisella v. Transoceanic

**COMMENTS:**

Dear Sir:

I refer to your telefax of today. In view of the status of the pending litigation, and certain factual assertions made in your motion opposition, I believe it best to communicate either by fax or e-mail to avoid any dispute as to the substance of our communication. With respect to the Pretrial Order, I note that the local rules provide that "plaintiff shall serve a copy of the draft upon opposing counsel fifteen days before the proposed pretrial order is due to be filed." Rule 106(3). A filing date of December 12, 2003 results in this date being November 27, 2003, not December 4, 2003.

I note your advice with respect to Plaintiff returning to the United States, and, again, believe that the issue of plaintiff's deposition and IME should be decided by the Court.

Copies of the documents faxed yesterday were, as advised, also mailed.

Sincerely,
Todd Kenyon