# Harry W. Blondell
Attorney at Law

9634 DEERECO ROAD
TIMONIUM, MD 21093

Phone: 410-308-3669 • 410-561-8738 fax

To: Todd Kinyon

From: Harry W. Blondell

Fax: 732-530-9536

Pages including cover: 10

Re: Charles Cusella v. Transocean

Law Office Of

# HARRY W. BLONDELL

9634 Deereco Road
Timonium, Maryland 21093

Phone: 410-308-3669 -- Fax: 410-561-8738
Email: harry@BlondellLaw.com

December 2, 2003

via Fax and Regular Mail
TODD P KENYON ESQUIRE
BETANCOURT VAN HEMMEN GRECO & KENYON
114 MAPLE AVE
RED BANK NJ 07701

    Re:  Charles Frisella v. Transoceanic Cable Ship Company,
        et al

Dear Mr. Kenyon:

    Attached you will find a copy of a proposed pretrial order that I am submitting for your review. After receiving you fax of December 12, 2003, I realized that you are correct and I miscalculated the time. Arguably the proposed order could be due on December 15, but I am still late. I am sorry. Could please excuse this error.

    Fax or email your submissions and I will add them to the order.

    I am sorry if I made any misstatement in the Response and Motion that I filed. You certainly made ever effort to get cooperation from me. I did not get the file until November 17, and I failed to enter all of the important dates and so reading Judge Davis's Order, I was embarrassed and did not read the local rules correctly.

    The mistakes in this case are mine, and when I responded to your motion I tried to explain why the mistakes occurred, my departure was contentious. I did not mean to suggest you did anything wrong. In fact, your fax of October 23, suggests your continuing effort to cooperate. The response I have filed angered both you and Judge Davis. I tried to explain the events that occurred and I was not trying to shift responsibility or make any misstatements.

*Other Locations -- Bel Air - Catonsville - Glen Burnie*

Attached you will also find a letter received from LMS Shipmanagement concerning Mr. Frisella. He will not be returning until February 19, 2004. They will not allow him to come home. Terry Hand through Mr. Frisella' wife was able to speak to him by telephone, and we could do a telephone deposition during the next week. It may also be possible to do this at a later date, but notice will be short because his ship board duties are classified. Please let me know if this acceptable.

Please call me upon receipt so that we can discuss these issues. Thank you for you cooperation.

Very truly yours,

Harry W. Blondell

*Other Locations – Bel Air - Catonsville - Glen Burnie*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CHARLES FRISELLA | : |
| Plaintiffs | : CIVIL ACTION NO. AMD 02-3435 |
| v. | : |
| TRANSOCEANIC CABLE SHIP COMPANY, INC., ET AL. | : |
| Defendants | : |

## PRE-TRIAL ORDER

Now come the Plaintiffs, Charles Frisella, by his attorney, Harry W. Blondell and Defendant, Transoceanic Cable Ship Company, Inc. submit this proposed Pre-Trial for the Court's consideration:

A.  Statement of Facts

1.  *Plaintiffs* - On or about October 20, 2000, the Plaintiff, Charles Frisella while in the course of his employment on the vessel C/S Global Sentinel. Frisella was in injured as a result of the unseaworthiness of the vessel.

At that time and place, Frisella along with other members of the vessel's crew were attempting to lifting a cable troughing using lines run under the troughing. The lift was to occur on the count of three and when the Boson said three the Plaintiff was the only person to lift causing him to suffer personal injuries.

The Defendant's vessel was unseaworthy in that there was insufficient crew to lift the troughing; the crew available were

insufficiently trained; the work area was cluttered; equipment or other devises, cranes, to safely lift the troughing were inadequate; and the troughing was improperly stored so the the bridge crane or other devises could not be used.

    2. <u>Defendant</u> -

B. Counterclaims, Crossclaims or Third-Party Claims

None.

C. Amendment of Pleadings

None.

D. Issues to be Abandoned

None.

E. Stipulations

None.

F. Damages Claimed

    1) Medical expenses - $ 30,070.09

    2) Past Maintenance and cure - December 6, 2000 to September 12, 2001 - $8.00 per day totaling $2,120.

    3) Past Loss of Wages December 6, 2000 to September 12, 2001 - $37,521.16.

    4) Future Lost Wages - Plaintiff earned $39,697.48 in 2002. Plaintiff suffers a ten (10%)percent whole body imparment that will diminish his work life capacity of 36 years by 3.6 years

resulting in future lost earnings of 142,910.92. ($39,697.48 x 3.6 years).

5) Pain and Suffering $500,000.00

6) Punitive Damages - No maintenance paid from December 6, 2000 through September 1, 2001 (265 days at $8.00 per day) $2120 x 5 equals 10,600.00.

7) Attorney fees for failure to pay Maintenance and Cure supported by letter sent to Defendant by Terrence Hand -

    i. May 10, 2001 - with review of defendant's response on May 18, 2001. - 1 hour

    ii. June 19, 2001 - with review of Defendant's response on August 1, 2001. - 1 hour

    iii. July 10, 2001 - with Defendant's telephone response requesting authorizations - 1 hour

    iv. August 3, 2001 - with review of Defendant's response on August 16, 2001. - 1 hour

    v. June 15 2001 - Draft and file pleading - 2 hours

    vi. October 30, 2001 - Deposition of Charles Mannino preparation and post review - 2 hours

Total Attorney Fees 8 hours @ 250.00/hour - $ 2000.00

G. Exhibits

1. <u>Plaintiff</u>

(a) Medical Records of Charles Frisella from all sources including but not limited to :

    i.) Transoceanic Cable Ship Company

        ii.) Dr. James C. Butler

        iii.) Slidell Memorial Hospital

        iv.) Tulane University Hospital - Slidell Clinic

        v.) HealthSouth - physical therapy.

(b) Employment and Wage Records of Charles Frisella from all sources including but not limited to Transoceanic Cable Ship Company.

(c.) Claims File of Charles Frisella in possession of Transoceanic Cable Ship Company in their possession.

(d.) Correspondence regarding defendant's termination and plaintiff's request for payment of maintenance and cure dated April 24,2001, May 10,2001, May 18,2001, June 19,2001, July 10, 2001, August1, 2001, August3, 2001, August 16,2001, August 23, 2001, and August 31, 2001 between Terrence Hand and A.T.Chenault, and Terrence Hand and Ron Bentacourt.

(e.) All Records of the vessel Global Sentinel regarding work methods, manuals, logs, accident and injury and treatment of Charles Frisella; Report of Marine Accident U.S. Coast Guard; witness statement regarding the incident; safety meeting reports and repair orders; and deck plan of the Global Sentinel provided by Defendant.

(f.) Transoceanic Cable Ship Company Cable Ship Agreement and Memorandum of Understandings.

(g.) Payroll record Global Sentinel

2. <u>Defendant</u>

H. Witnesses

    1. <u>Plaintiff</u>

        a. Charles Frisella

        b. Kathy Frisella

        c. Donte Martin

        d. Bruce Kermit Miangolarra

        e. Joseph Olson

        f. Mike Gallagher

        g. Mark Gaffney

        h. August Awong

        i. Clinton Crowden

        j. Jeremy Flesner

        k. Mark Godbolt

        l. Hennie Haylock

        m. Denise Schleif, R.N.

    2. <u>Defendant</u>

I. Expert Witnesses

    1. <u>Plaintiff</u>

        a. James Bulter, MD.-Orthopaedic Surgeon

    2. <u>Defendant</u>

Betancourt, Van Hemmen,
Greco & Kenyon

Todd Kenyon  
14 Maple Avenue  
Red Bank, NJ 07701  
732-530-4646  
Attorney for Defendant

Harry W. Blondell (#06958)  
9634 Deereco Road  
Timonium, MD 21093  
410-308-3669  
Attorney for Plaintiff

It is this _____ day of December, 2003, Ordered that the above Pre-Trial Order is approved.

Andre M. Davis  
United States District Judge

```
                                               HARRY BLONDELL ESQ              PAGE  1
12/03/2003 16:58  4105618738    PHONE NO. : 5044988817 1    Dec. 02 2003 04:10PM P2
FROM : HANDSLAMPARD
DEC- 2-03 TUE 15:55 LMS NOLA OS DEPT            FAX NO. 5045932560              P. 01
```

 

December 2, 2003

Mr. Terrence J. Hand, Esq.
3200 N. Turnbull Drive
Metairie, LA 70002

Subject:   Charles J. Frisella
           SS# 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

Dear Sir:

Please be advised that Mr. Charles J. Frisella, SS# 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, DOB: 05/26/67 is presently serving aboard the SS PFC EUGENE A. OBREGON in the capacity of Bosun. Mr. Frisella returned to his permanent assignment 19 October 2003 in the port of Shuaibeh, Kuwait and is due to be relieved on/about 19 February 04.

The SS PFC EUGENE A. OBREGON is a Roll-on/Roll-off vessel which is chartered to the Military Sealift Command and presently stationed in the Mediterranean. We do not expect this vessel to return to the USA until mid 2004 for dry-docking. Mr. Frisella will be relieved when his assigned tour of duty is completed in February at which time he will be repatriated to his homeport of New Orleans, Louisiana.

Very truly yours,

LMS SHIPMANAGEMENT, INC.
 as agents for
Waterman Steamship Corporation

Robert P. Chiesa
Manager, Marine Personnel

RPC/kb
cc:  Mr. Charles Frisella
     2113 Pelican Street
     Slidell, LA 70460

1700 POYDRAS CENTER  •  650 POYDRAS ST.  •  P.O. 58409  •  NEW ORLEANS, LA USA 70153-8409
              TEL (504) 529-5881 • FAX (504) 529-5785 • TLX 507435 (OGULFNO)