IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CHARLES FRISELLA | * | |
| Plaintiff, | * | Civil Action No. AMD 02 CV 3435 |
| vs. | * | |
| TRANSOCEANIC CABLE SHIP COMPANY, INC., and ABC INSURANCE COMPANY | * | |
| | * | |
| Defendants. | | |

******

## CHIESA DECLARATION

1. Robert Chiesa, hereby declares, under penalty of perjury, that I am a the Manager of Marine Personnel for Waterman Steamship. In that capacity, I know Charles Frisella since he serves as a Bosun onboard Waterman ships.

2. Charles Frisella serves in a normal rotation onboard the S. S. OBREGON as Bosun, with the usual rotation being four months onboard and two months off. Frisella signed off the S.S. OBREGON on August 8, 2003, with the expectation that he would have two months off and be returning in October, 2003. Frisella did return onboard the OBREGON on October 19, 2003. Under his normal rotation, he is now scheduled to be signed off the Vessel on February 19, 2004.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct. Executed at New Orleans, Louisiana this 3rd day of December, 2003.

/s/
_____
ROBERT CHIESA