IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CHARLES FRISELLA | * | |
| Plaintiff, | * | Civil Action No. AMD 02 CV 3435 |
| vs. | * | |
| TRANSOCEANIC CABLE SHIP COMPANY, INC., and ABC INSURANCE COMPANY | * | |
| | * | |
| Defendants. | * | |

******

## HAIMOWITZ DECLARATION IN SUPPORT
## OF MOTION TO DISMISS PURSUANT TO RULE 37

1.  CAROL HAIMOWITZ, hereby declares, under penalty of perjury, that I am Office Manager and Paralegal for Betancourt, Van Hemmen, Greco & Kenyon, attorneys for defendant Transoceanic Cable Ship Company, Inc. ("Transoceanic").

2.  I have read Harrry Blondell's "Opposition" dated November 28, 2003, where at paragraphs 15 and 16 he states that he left voice mail messages on September 17 and 25, 2003 after allegedly attempting to contact Mr. Kenyon. As a matter of course, I personally check each voice mail box at this firm every morning for all attorneys. I also check each box after lunch if I have left the office during lunch. During September, 2003, I did not find any voice mail messages left from Mr. Blondell as he alleges. Further, I have no recollection of ever reviewing or receiving any voice mail messages from Mr. Blondell at any time.

2.  It is my standard practice, if I note that a voice mail message has been received in any of the attorneys' voice mail boxes, to log the call with the message on my phone note pad. A copy of the phone note is then given to the attorney who has received the call. Attached is a copy of this phone note

log for the relevant periods. No calls from Mr. Blondell are recorded since no voice mail messages were received from him.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct. Executed Red Bank, New Jersey this 9th day of December, 2003.

/s/
CAROL HAIMOWITZ

**PHONE CALL**

FOR: TK/RB  DATE: 9/12  TIME: ___ A.M./P.M.
M: John Jane
OF: ___
PHONE/MOBILE: 212 233 9385  FAX: ___
MESSAGE: Tillotson

- [ ] TELEPHONED
- [ ] RETURNED YOUR CALL
- [ ] PLEASE CALL
- [ ] WILL CALL AGAIN
- [ ] CAME TO SEE YOU
- [ ] WANTS TO SEE YOU

SIGNED: ___

---

**PHONE CALL**

FOR: RB  DATE: 9/16  TIME: ___ A.M./P.M.
M: John Zuric
OF: ___
PHONE/MOBILE: 201-941-5141  FAX: ___
MESSAGE: Spilistis
Dly # 1412/00 Queens

- [ ] TELEPHONED
- [ ] RETURNED YOUR CALL
- [ ] PLEASE CALL
- [ ] WILL CALL AGAIN
- [ ] CAME TO SEE YOU
- [ ] WANTS TO SEE YOU

SIGNED: ___

---

**PHONE CALL**

FOR: RB  DATE: 9/16  TIME: ___ A.M./P.M.
M: Christina
OF: ___
PHONE/MOBILE: ___  FAX: ___
MESSAGE: Forgot to take her medicine. Could you bring it to john

- [ ] TELEPHONED
- [ ] RETURNED YOUR CALL
- [ ] PLEASE CALL
- [ ] WILL CALL AGAIN
- [ ] CAME TO SEE YOU
- [ ] WANTS TO SEE YOU

SIGNED: ___

---

**PHONE CALL**

FOR: JM  DATE: 9/12  TIME: ___ A.M./P.M.
M: Capt Perez
OF: ___
PHONE/MOBILE: ___  FAX: ___
MESSAGE: 9/25 - ok for dep

- [ ] TELEPHONED
- [ ] RETURNED YOUR CALL
- [ ] PLEASE CALL
- [ ] WILL CALL AGAIN
- [ ] CAME TO SEE YOU

**PHONE CALL**
FOR: JY
M: Lee
OF:
PHONE/MOBILE:
FAX:
MESSAGE: 973-222-0335
11am mtg
DATE: 9/18  TIME: A.M./P.M.
[ ] TELEPHONED
[ ] RETURNED YOUR CALL
[ ] PLEASE CALL
[ ] WILL CALL AGAIN
[ ] CAME TO SEE YOU
[ ] WANTS TO SEE YOU
SIGNED:

**PHONE CALL**
FOR: TPK
M: Barry
OF: Prues(?)
PHONE/MOBILE: 201-818-1710
FAX:
MESSAGE: Julie
DATE: 9/17  TIME: A.M./P.M.
[ ] TELEPHONED
[ ] RETURNED YOUR CALL
[ ] PLEASE CALL
[ ] WILL CALL AGAIN
[ ] CAME TO SEE YOU
[ ] WANTS TO SEE YOU
SIGNED:

**PHONE CALL**
FOR: VH
M: John Sulles(?)
OF: Lowenstein Sandler
PHONE/MOBILE: 973-597-6248
FAX:
MESSAGE: Global AT&T
wants to continue
settlement negotiations
DATE: 9/17  TIME: A.M./P.M.
[ ] TELEPHONED
[ ] RETURNED YOUR CALL
[ ] PLEASE CALL
[ ] WILL CALL AGAIN
[ ] CAME TO SEE YOU
[ ] WANTS TO SEE YOU
SIGNED:

**PHONE CALL**
FOR: JY
M: Maria
OF:
PHONE/MOBILE: 973-642-2049
FAX:
MESSAGE: 642-2024
973-589-1888
wants to meet tomorrow
DATE: 9/17  TIME: A.M./P.M.
[ ] TELEPHONED
[ ] RETURNED YOUR CALL
[ ] PLEASE CALL
[ ] WILL CALL AGAIN
[ ] CAME TO SEE YOU
[ ] WANTS TO SEE YOU

**PHONE CALL**
FOR: JG
DATE: 9/17
M: ahullers@Greenberg.com
OF: Andrew Hullers
MESSAGE: Kristin didn't know John Callette - but wants to contact him - any info on him

---

**PHONE CALL**
FOR: JM
DATE: 9/19
MESSAGE: Nancy - send e-mail mharris@WKG.com mharris@

---

**PHONE CALL**
FOR: JY
DATE: 9/18
MESSAGE: Somebody to rent bldg. - 20K/mo

---

**PHONE CALL**
FOR: JY
DATE: 9/18
TIME: 11:15
M: Scott
PHONE: 240-498-6525
MESSAGE: e-mail contact details for accounting firm also check your e-mail no longer get back to

**PHONE CALL**

FOR: RB
DATE: 9/25  TIME: ___ A.M./P.M.
M: Ronald De Maria
OF:
PHONE/MOBILE: 973.425.8842  FAX:
MESSAGE:
[ ] TELEPHONED
[ ] RETURNED YOUR CALL
[ ] PLEASE CALL
[ ] WILL CALL AGAIN
[ ] CAME TO SEE YOU
[ ] WANTS TO SEE YOU
SIGNED:

**PHONE CALL**

FOR: RB
DATE: 9/25  TIME: ___ A.M./P.M.
M: Sylvia Duarte
OF:
PHONE/MOBILE: ___  FAX:
MESSAGE:
[ ] TELEPHONED
[ ] RETURNED YOUR CALL
[ ] PLEASE CALL
[ ] WILL CALL AGAIN
[ ] CAME TO SEE YOU
[ ] WANTS TO SEE YOU
SIGNED:

**PHONE CALL**

FOR: RB
DATE: 9/24  TIME: ___ A.M./P.M.
M:
OF: James Stovall — Judge Sweet
PHONE/MOBILE: 212-805-0423  FAX:
MESSAGE: Judge is on call for jury duty — does't know if he'll be back in time. Will take it to last — Judge Duffy
[ ] TELEPHONED
[ ] RETURNED YOUR CALL
[ ] PLEASE CALL
[ ] WILL CALL AGAIN
[ ] CAME TO SEE YOU
[ ] WANTS TO SEE YOU
SIGNED:

**PHONE CALL**

FOR: RB
DATE: 9/24  TIME: ___ A.M./P.M.
M: Chuck Heuser
OF:
PHONE/MOBILE: ___  FAX:
MESSAGE:
[ ] TELEPHONED
[ ] RETURNED YOUR CALL
[ ] PLEASE CALL
[ ] WILL CALL AGAIN
[ ] CAME TO SEE YOU

**PHONE CALL**

FOR: TKB  DATE: 9/25  TIME: ___ A.M./P.M.
M: Gerald D. Maria
OF: Susan Hand
PHONE/MOBILE: 973-278-8210  FAX: ___
MESSAGE: Progressive –
dep for Friday 9/26 –
cancelled –

- [ ] TELEPHONED
- [ ] RETURNED YOUR CALL
- [ ] PLEASE CALL
- [ ] WILL CALL AGAIN
- [ ] CAME TO SEE YOU
- [ ] WANTS TO SEE YOU

SIGNED: ___

---

**PHONE CALL**

FOR: RBJ  DATE: 9/25  TIME: ___ A.M./P.M.
M: Michael [illegible]
OF: ___
PHONE/MOBILE: 856-985-2232  FAX: ___
MESSAGE: Principal Financial
Group

- [ ] TELEPHONED
- [ ] RETURNED YOUR CALL
- [ ] PLEASE CALL
- [ ] WILL CALL AGAIN
- [ ] CAME TO SEE YOU
- [ ] WANTS TO SEE YOU

SIGNED: ___

---

**PHONE CALL**

FOR: JG  DATE: 9/25  TIME: ___ A.M./P.M.
M: Laura Fronella
OF: ___
PHONE/MOBILE: ___  FAX: ___
MESSAGE: 973-449-7651

- [ ] TELEPHONED
- [ ] RETURNED YOUR CALL
- [ ] PLEASE CALL
- [ ] WILL CALL AGAIN
- [ ] CAME TO SEE YOU
- [ ] WANTS TO SEE YOU

SIGNED: ___

---

**PHONE CALL**

FOR: Jm  DATE: 9/25  TIME: ___ A.M./P.M.
M: Fred Trafutta
OF: ___
PHONE/MOBILE: 212-577-6500  FAX: ___
MESSAGE: 577-6702 fax

- [ ] TELEPHONED
- [ ] RETURNED YOUR CALL
- [ ] PLEASE CALL
- [ ] WILL CALL AGAIN
- [ ] CAME TO SEE YOU
- [ ] WANTS TO SEE YOU

SIGNED: ___