IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CHARLES FRISELLA | * | |
|     Plaintiff, | * | Civil Action No. AMD 02 CV 3435 |
| vs. | | |
| | * | |
| TRANSOCEANIC CABLE SHIP COMPANY, INC., and ABC INSURANCE COMPANY | * | |
| | * | |
|     Defendants. | | |

******

## CERTIFICATE OF SERVICE

    I hereby certify that on December 9, 2003 a copy of the Kenyon Reply Declaration in Support of the Rule 37 Motion to Dismiss, with attachments, which was electronically filed in this case on December 9, 2003, and electronically served, was also mailed via first class mail, postage prepaid, to Law Office of Harry W. Blondell, 9634 Deereco Road, Timonium, Maryland 21093, Plaintiff's Counsel.

Date:   December 9, 2003

                                              /s/
                                       Todd P. Kenyon, Bar ID 82767
                                       Ronald Betancourt, Bar ID 82302
                                       BETANCOURT, VAN HEMMEN, GRECO & KENYON
                                       114 Maple Avenue
                                       Red Bank, New Jersey 07701
                                       (732) 530-4646
                                       (732) 530-9536 (Fax)

                                       M. Hamilton Whitman, Jr., Trial Bar No. 00373
                                       Charles A. Dorio, Trial Bar No. 26369
                                       OBER, KALER, GRIMES & SHRIVER
                                       A Professional Corporation
                                       120 E. Baltimore Street
                                       Baltimore, Maryland 21202
                                       (410) 685-1120
                                       (410) 547-0699 (Fax)

                                       Attorneys for Defendant
                                       TRANSOCEANIC CABLE SHIP COMPANY, INC.