IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| CHARLES FRISELLA | : | |
|---|---|---|
| | : | |
| Plaintiffs | : | CIVIL ACTION NO. AMD 02-3435 |
| v. | : | |
| | : | |
| TRANSOCEANIC CABLE SHIP | : | |
| COMPANY, INC., ET AL. | : | |
| | : | |
| Defendants | : | |
| | : | |

DEFENDANT'S OBJECTIONS TO PLAINTIFF'S
EXHIBITS PURSUANT TO RULE 26(a)(3)

Defendant, Transoceanic Cable Ship Company, Inc., by its attorneys Betancourt, Van Hemmen, Greco & Kenyon hereby objects to plaintiff's exhibits pursuant to 26(a)(3) as follows:

| No. | Description | Objection |
|---|---|---|
| a | Medical Records of Charles Frisella from all sources including but not limited to: from Transoceanic Cable Ship Company; Dr. James C. Butler; Slidell Memorial Hospital; Tulane University Hospital-Slidell Clinic; Health South-physical therapy | Defendant objects to this exhibit on the grounds that it does not describe the documents with the particularity required.  Further defendant objects based on hearsay, relevancy, and authenticity.  Defendant reserves the right to make further objections if and when the exhibit is listed with the necessary particularity. |

| | | |
|---|---|---|
| b. | Employment and Wage Records of Charles Frisella from all sources including but not limited to Transoceanic Cable Ship Company. | Defendant objects to this exhibit on the grounds that it does not describe the documents with the particularity required.  Further defendant objects based on hearsay, relevancy, and authenticity.  Defendant reserves the right to make further objections if and when the exhibit is listed with the necessary particularity. |
| c. | Claims File of Charles Frisella in possession of Transoceanic Cable Ship Company in their possession. | Defendant objects to this exhibit on the grounds that it does not describe the documents with the particularity required.  Further defendant objects based on hearsay, relevancy, and authenticity.  Defendant reserves the right to make further objections if and when the exhibit is listed with the necessary particularity. |
| d. | Correspondence re defendant's termination and plaintiff's request for payment of maintenance and cure dated April 24, 2001; May 10, 2001; May 18, 2001; June 19, 2001; July 10, 2001; August 1, 2001; August 3, 2001; August 16, 2001; August 23, 2001; and August 31, 2001 between Terrence Hand and A.T. Chenault, and Terrence Hand and Ron Betancourt | Defendant objects to this exhibit on the grounds that it does not describe the documents with the particularity required.  Further defendant objects based on hearsay, relevancy, and authenticity.  Defendant reserves the right to make further objections if and when the exhibit is listed with the necessary particularity. |
| e. | All records of the vessel Global Sentinel regarding work methods, manuals, logs, accident and injury and treatment of Charles Frisella; Report of Marine Accident U.S. Coast Guard;  witness statement regarding the incident; safety meeting reports and repair orders; and deck plan of the Global Sentinel provided by Defendant. | Defendant objects to this exhibit on the grounds that it does not describe the documents with the particularity required.  Further defendant objects based on hearsay, relevancy, and authenticity.  Defendant reserves the right to make further objections if and when the exhibit is listed with the necessary particularity. |
| f. | Transoceanic Cable Ship Company Cable Ship Agreement and memorandum of Understandings. | |

| g. | Payroll record Global Sentinel | Defendant objects to this exhibit on the grounds that it does not describe the documents with the particularity required. Further defendant objects based on hearsay, relevancy, and authenticity. Defendant reserves the right to make further objections if and when the exhibit is listed with the necessary particularity. |
|---|---|---|

Dated: December 17, 2003

/s/
Todd P. Kenyon, Bar ID 82767
Ronald Betancourt, Bar ID 82302
BETANCOURT, VAN HEMMEN, GRECO & KENYON
114 Maple Avenue
Red Bank, New Jersey 07701
(732) 530-4646
(732) 530-9536 (Fax)

M. Hamilton Whitman, Jr., Trial Bar No. 00373
Charles A. Dorio, Trial Bar No. 26369
OBER, KALER, GRIMES & SHRIVER
A Professional Corporation
120 E. Baltimore Street
Baltimore, Maryland 21202
(410) 685-1120
(410) 547-0699 (Fax)

Attorneys for Defendant
TRANSOCEANIC CABLE SHIP COMPANY, INC.

## AFFIDAVIT OF SERVICE

STATE OF NEW JERSEY   )
COUNTY OF MONMOUTH)

      Carol Haimowitz, being duly sworn deposes and says that she is over the age of eighteen (18) years and is not a party to this action; that on December 17, 2003 she caused to be served the within **Defendant's Objections to Plaintiff's Exhibits Pursuant to Rule 26(a)(3)** upon the following:

      Law Offices of Harry W. Blondell
      9634 Deereco Road
      Timonium, MD 21093

by depositing a true copy thereof, securely enclosed in a post-paid wrapper, in a post office box regularly maintained by the United States Government, in the City of Red Bank, County of Monmouth, State of New Jersey, directed to the above at their (respective) address(es,) which are the addresses designated by them for that purpose upon the preceding papers in this action.

                                                                _____/s/_____
                                                                      Carol Haimowitz

Sworn to before me this
December 17, 2003

_____/s/_____
      Notary Public