# HAND & LAMPARD
### Attorneys and Counselors At Law

3200 N. Turnbull Drive
Metairie, Louisiana 70002
(504) 888-8144
Fax 888-0171

Terrence J. Hand

Ronald E. Lampard

September 15, 2003

VIA FACSIMILE AND U.S. Mail

Harry Blondell
Attorney at Law
628 Eastern Blvd.
Baltimore, Maryland 21221

    Re:   Frisella v. Transoceanic Cable Ship Company, et al
            USDC 01-1855

Dear Harry:

Please be advised that our client Charles Frisella is back in town until approximately October 7, 2003. If you could reset his deposition for sometime prior to that date we can make arrangement to produce him for same. Please have your secretary coordinate dates with my paralegal Dionne.

Charles reconfirmed that there are no causes on lifting at Piney Point. The ship on which he is presently assigned has a series of tapes called SOLOS (Safety of Life on Sea) on which there is an entire tape on lifting with chain falls. You may want to list same as an exhibit and ask a representative of Chesapeake Engineers if they have access to these tapes.

This week we plain to look for the witnesses who live in Louisiana and determine if there testimony would be favorable.

Thanks for your assistance with this matter. With kindest regards, I am

Sincerely,

Terrence J. Hand

TJH/dm