# HAND & LAMPARD
### Attorneys and Counselors At Law

3200 N. Turnbull Drive
Metairie, Louisiana 70002
(504) 888-8144
Fax 888-0171

Terrence J. Hand

Ronald E. Lampard

*For to Harry*

## TELECOPIER TRANSMITTAL COVER SHEET

DATE: **11-18-03**    FAX NUMBER: **410-687-4657**

TO: **Harry Blondell**

FROM: **Terence J. Hand**

FILE NAME AND/OR NUMBER: **Charles Frosella**

NO. OF PAGES (including cover sheet): **3**

DESCRIPTION OF DOCUMENT: _____

COMMENTS: _____

This correspondence was also sent via U. S. Mail  Yes ___ No ___

*********************************************

Please notify this office if you do not receive all pages.

Office No. (504) 888-8144   Facsimile No.: (504) 888-0171

*********************************************

### CONFIDENTIALITY NOTICE

This facsimile transmission may contain confidential information belonging to the sender which is protected by the attorney-client and/or work product privilege. The information is intended only for use of the individual or entity named above. If you are not the intended recipient, you are notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have receive this transmission in error, please immediately notify the sender by telephone to arrange for return of the documents.

# HAND & LAMPARD
*Attorneys and Counselors At Law*

3200 N. Turnbull Drive
Metairie, Louisiana 70002
(504) 888-8144
Fax 888-0171

Terrence J. Hand

Ronald E. Lampard

October 6, 2003

Harry Blondell
Attorney at Law
628 Eastern Blvd.
Baltimore, Maryland 21221

  Re: Frisella v. Transoceanic Cable Ship Company, et al
    USDC 01-1855

Dear Harry:

  Charles Frisella is leaving on October 9, 2003 to join a ship in Kwait. It is expected to be a four month voyage which will put us beyond our current February 2, 2004 trial date.

  However, if we set his deposition for possibly Monday, January 6, 2004 and get him a deposition subpoena through the court to appear at said deposition then he can use that subpoena to get off the ship earlier than expected and fly home. This early release from the ship would also give us time to prepare for the trial with Charlie here. If this meets with your approval and the defense counsel agrees please facsimile to my office by October 8, 2003 a copy of the said subpoena and he will bring it with him to show the ship's captain.

  I spoke with Dante Martin, a witness and member of the gang who was lifting the troughing and he should make a good witness for us. He agreed to come to the trial.

  Please advise as soon as possible so that I can communicate with our client. I look forward to hearing from you. With kindest regards, I am

        Sincerely,

        *Terrence J. Hand*
        Terrence J. Hand

TJH/dm

# HAND & LAMPARD

*Attorneys and Counselors At Law*

3200 N. Turnbull Drive
Metairie, Louisiana 70002
(504) 888-8144
Fax 888-0171

Terrence J. Hand                                                                                   Ronald E. Lampard

November 19, 2003

Harry Blondell
Attorney at Law
628 Eastern Blvd.
Baltimore, Maryland 21221

      Re:    Frisella v. Transoceanic Cable Ship Company, et al
             USDC 01-1855

Dear Harry:

    Enclosed please find a copy of the correspondence I forwarded to you on October 6, 2003 in connection with Charles Frisella and his work schedule.

    Charlie is out of the country in the war zone and will not be available to return to the United States until four months from his departure date of October 9, 2003.

    Please contact me upon receipt of this correspondence should you wish to discuss this matter further.

    With kindest regards, I am

                              Sincerely,

                              Terrence J. Hand

TJH/dm