IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CHARLES FRISELLA,<br>    Plaintiff | : | |
| | : | |
| v. | : | Civil No. AMD 02-3435 |
| | : | |
| TRANSOCEANIC CABLE SHIP<br>COMPANY, INC., et al.,<br>    Defendants | : | |

...o0o...

O R D E R

This case came before the Court for a pretrial conference and hearing on the pending motion to dismiss. Counsel having been heard, and the Court having rendered its ruling on the record, it is this 19th day of December, 2003, ORDERED

(1)    The motion to dismiss filed by Transoceanic Cable Ship Company, Inc. (Paper No. 20) is GRANTED WITHOUT PREJUDICE AND THIS CASE IS DISMISSED;

(2)    Defendant is granted leave to file, ON OR BEFORE February 2, 2004, an application for fees and costs;

(3)    The motion in limine filed by Transoceanic Cable Ship Company (Paper No. 26) is DENIED as Moot;

(4)    The Clerk shall CLOSE THIS CASE.

                                                                /s/
                                         ANDRE M. DAVIS
                                         United States District Judge