IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CHARLES FRISELLA | * | |
|     Plaintiff, | * | Civil Action No. AMD 02 CV 3435 |
| vs. | * | |
| TRANSOCEANIC CABLE SHIP COMPANY, INC., and ABC INSURANCE COMPANY | * | |
| | * | |
|     Defendants. | | |

******

**KENYON DECLARATION IN SUPPORT
OF APPLICATION FOR FEES AND COSTS**

1.      TODD P. KENYON, hereby declares, under penalty of perjury, that I am a Partner in the law firm of Betancourt, Van Hemmen, Greco & Kenyon, attorneys for defendant Transoceanic Cable Ship Company, Inc. ("Transoceanic").  I submit this declaration in support of Transoceanic's application for fees and costs concerning its Motion to Dismiss the Complaint pursuant to Rule 37.

2.      On December 19, 2003, this Court granted Defendant's Motion to Dismiss pursuant to Rule 37 and granted leave to file an application for fees and costs on or before February 2, 2004.  The undersigned has been a member of the New York Bar since 1984.  On matters for Transoceanic, I charge an hourly rate of $175.00.

3.      Attached as an Exhibit are the time sheet entries for time spent on Defendant's Motion to Dismiss, including time spent traveling to the Baltimore from Red Bank, New Jersey for the final pretrial conference and hearing on December 19, 2003.  The time spent on the motion and court hearing totaled 23.55 hours at an hourly rate of $175.00, for total fees of $4,121.25 .  The mileage expense for the trip to and from Baltimore totaled 364 round trip miles at $00.34 per mile, for a total cost of $123.76.  The

fees and costs concerning the motion thus totaled $4,245.01.

WHEREFORE defendant respectfully requests that this Court award Transoceanic a fees and cost award totaling $4,245.01.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct. Executed Red Bank, New Jersey this 2nd day of February, 2004.

/s/

TODD P. KENYON

| 2/2/04 | Betancourt, Van Hemmen, Greco & Kenyon | |
|---|---|---|
| 10:19 AM | Slip Listing | Page    1 |

### Selection Criteria

| | |
|---|---|
| Slip.Date | 11/10/03 - 12/20/03 |
| Client (hand select) | Include: Transoceanic/Frisella |
| Slip.Classification | Open |
| Client (hand select) | Include: Transoceanic/Frisella |
| Slip.Transaction Ty | 1 - 1 |

Rate Info - identifies rate source and level

| Slip ID | Timekeeper | Units | Rate | Slip Value |
|---|---|---|---|---|
| Dates and Time | Activity | DNB Time | Rate Info | |
| Posting Status | Client | Est. Time | Bill Status | |
| Description | Reference | Variance | | |
| 32337        TIME | TPK | 6.80 | 175.00 | 1190.00 |
| 11/10/03 | Other Motions | 0.00 | T@7 | |
| WIP | Transoceanic/Frisella | 0.00 | | |
| Prepare and file motion to dismiss for discovery abuses under Rule 37. | | 0.00 | | |

2/2/04  
10:19 AM

Betancourt, Van Hemmen, Greco & Kenyon  
Slip Listing

Page    2

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 32342                TIME<br>11/20/03<br>WIP<br>[redacted] | TPK<br>Communicate(othr counsel)<br>Transoceanic/Frisella | [redacted]<br>0.00<br>0.00<br>0.00 | [redacted]<br>T@7 | [redacted] |
| 32344                TIME<br>11/25/03<br>WIP<br>[redacted] | TPK<br>Research<br>Transoceanic/Frisella | [redacted]<br>0.00<br>0.00<br>0.00 | [redacted]<br>T@7 | [redacted] |
| 32348                TIME<br>12/1/03<br>WIP<br>[redacted] | TPK<br>Review/Analyze<br>Transoceanic/Frisella | [redacted]<br>0.00<br>0.00<br>0.00 | [redacted]<br>T@7 | [redacted] |
| 32347                TIME<br>12/1/03<br>WIP<br>[redacted] | TPK<br>Discovery<br>Transoceanic/Frisella | [redacted]<br>0.00<br>0.00<br>0.00 | [redacted]<br>T@7 | [redacted] |
| 32346                TIME<br>12/1/03<br>WIP<br>Review of Plaintiff's opposition to motion to dismiss. | TPK<br>Review/Analyze<br>Transoceanic/Frisella | 0.25<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 43.75 |

2/2/04 10:19 AM  Betancourt, Van Hemmen, Greco & Kenyon — Slip Listing — Page 4

| Slip ID / Dates and Time / Posting Status / Description | Timekeeper / Activity / Client / Reference | Units / DNB Time / Est. Time / Variance | Rate / Rate Info / Bill Status | Slip Value |
|---|---|---|---|---|
| 31721 TIME<br>12/5/03<br>WIP<br>[redacted] with [redacted] | RB<br>Telephone Calls<br>Transoceanic/Frisella | <br>0.00<br>0.00<br>0.00 | [redacted]<br>T@2<br> | [redacted] |
| 31824 TIME<br>12/5/03<br>WIP<br>[redacted] | Para2<br>Preparation<br>Transoceanic/Frisella | <br>0.00<br>0.00<br>0.00 | [redacted]<br>T@4<br> | [redacted] |
| 32357 TIME<br>12/8/03<br>WIP<br>Prepare papers in reply to Plaintiff's opposition to motion to dismiss. | TPK<br>Discovery Motions<br>Transoceanic/Frisella | 5.00<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7<br> | 875.00 |

| 2/2/04 | Betancourt, Van Hemmen, Greco & Kenyon | | |
|---|---|---|---|
| 10:19 AM | Slip Listing | | Page 6 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 32370         TIME<br>12/18/03<br>WIP | TPK<br>Prep Pleadings<br>Transoceanic/Frisella | 0.25<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 43.75 |
| 32372         TIME<br>12/18/03<br>WIP | TPK<br>Communicate (other ext)<br>Transoceanic/Frisella | 0.20<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 35.00 |
| 31820         TIME<br>12/18/03<br>WIP | RB<br>Review/Analyze<br>Transoceanic/Frisella | 0.20<br>0.00<br>0.00<br>0.00 | 175.00<br>T@2 | 35.00 |
| 31823         TIME<br>12/18/03<br>WIP | RB<br>Telephone Calls<br>Transoceanic/Frisella | 0.20<br>0.00<br>0.00<br>0.00 | 175.00<br>T@2 | 35.00 |
| 32373         TIME<br>12/19/03<br>WIP<br>Attend final pretrial conference at District Court of Maryland, including travel to Baltimore, preparation for conference, meeting with local counsel, telephone calls with office and review of Plaintiff's sur-reply to motion to dismiss. | TPK<br>Court Hearings<br>Transoceanic/Frisella | 8.00<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 1400.00 |
| 31859         TIME<br>12/19/03<br>WIP | <br>Telephone Calls<br>Transoceanic/Frisella | <br>0.00<br>0.00<br>0.00 | <br>T@2 | |
| 32374         TIME<br>12/20/03<br>WIP<br>Travel home from Baltimore. | TPK<br>Court Hearings<br>Transoceanic/Frisella | 3.50<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 612.50 |

Grand Total

| | Billable | 88.30 | | 14935.00 |
|---|---|---|---|---|
| | Unbillable | 0.00 | | 0.00 |
| | Total | 88.30 | | 14935.00 |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CHARLES FRISELLA | * | |
| Plaintiff, | * | Civil Action No. AMD 02 CV 3435 |
| vs. | | |
| | * | |
| TRANSOCEANIC CABLE SHIP COMPANY, INC., and ABC INSURANCE COMPANY | * | |
| | * | |
| Defendants. | | |

******

### CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2004 a copy of the Kenyon Declaration in Support of Application for Fees and Costs, with exhibit, which was electronically filed in this case on February 2, 2004, and electronically served, was also mailed via first class mail, postage prepaid, to Law Office of Harry W. Blondell, 9634 Deereco Road, Timonium, Maryland 21093, Plaintiff's Counsel.

Date:   February 2, 2004

/s/
Todd P. Kenyon, Bar ID 82767
Ronald Betancourt, Bar ID 82302
BETANCOURT, VAN HEMMEN, GRECO & KENYON
114 Maple Avenue
Red Bank, New Jersey 07701
(732) 530-4646
(732) 530-9536 (Fax)

M. Hamilton Whitman, Jr., Trial Bar No. 00373
Charles A. Dorio, Trial Bar No. 26369
OBER, KALER, GRIMES & SHRIVER
A Professional Corporation
120 E. Baltimore Street
Baltimore, Maryland 21202
(410) 685-1120
(410) 547-0699 (Fax)

Attorneys for Defendant
TRANSOCEANIC CABLE SHIP COMPANY, INC.