BETANCOURT, VAN HEMMEN, GRECO & KENYON
Attorneys for Defendant
TRANSOCEANIC CABLE SHIP CO., INC.
114 Maple Avenue
Red Bank, New Jersey 07701
(732) 530-4646
Ronald Betancourt (RB 5838)

OBER, KALER, GRIMES & SHRIVER
Local Co-Counsel for Defendant
TRANSOCEANIC CABLE SHIP CO., INC.
120 East Baltimore St.
Baltimore, MD 21202-1643
(410) 685-1120
M. Hamilton Whitman, Jr. (Trial Bar No. 00373)
Charles A. Diorio (Trial Bar No. 26369)

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
-------------------------------------------------X

CHARLES FRISELLA,                :       Civil Action No.: AMD 02 CV 3435

          Plaintiff,          :

  -against-                       :       **NOTICE OF DEPOSITION**

                            :

TRANSOCEANIC CABLE SHIP CO.,
INC. and ABC INSURANCE CO.      :

          Defendants.         :

-------------------------------------------------X

PLEASE TAKE NOTICE, that defendant, Transoceanic Cable Ship Co., Inc., pursuant to Rule 26 et seq. of the Federal Rules of Civil Procedure, will take the deposition upon oral examination of plaintiff before a notary public duly commissioned, or before some other person duly qualified, at the offices of Ober, Kaler, Grimes & Shriver, 120 East Baltimore St., Baltimore, Maryland, on the 27th day of March, 2003 at 10:00 A.M. or on a lawfully adjourned day, and from day to day until said deposition is completed.



PLAINTIFF'S EXHIBIT P-1

Dated: Red Bank, New Jersey
       February 19, 2003

          BETANCOURT, VAN HEMMEN, GRECO & KENYON
          Attorneys for Defendant Transoceanic Cable Ship Co., Inc.

          By _____
          Ronald Betancourt (RB 5838)
          14 Maple Ave.
          Red Bank, NJ 07701
          (732) 530-4646

TO:  Law Offices William J. Blondell, Jr., Chartered
     Attorneys for Plaintiff
     628 Eastern Blvd.
     Baltimore, MD 21221-4992
     (410) 687-7878



PLAINTIFF'S EXHIBIT

BETANCOURT, VAN HEMMEN, GRECO & KENYON
Attorneys for Defendant
TRANSOCEANIC CABLE SHIP CO., INC.
114 Maple Avenue
Red Bank, New Jersey 07701
(732) 530-4646
Ronald Betancourt (RB 5838)

OBER, KALER, GRIMES & SHRIVER
Local Co-Counsel for Defendant
TRANSOCEANIC CABLE SHIP CO., INC.
120 East Baltimore St.
Baltimore, MD 21202-1643
(410) 685-1120
M. Hamilton Whitman, Jr. (Trial Bar No. 00373)
Charles A. Diorio (Trial Bar No. 26369)

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
------------------------------------------------------------X

CHARLES FRISELLA,                    :        Civil Action No.: AMD 02 CV 3435

                Plaintiff,       :

-against-                            :        **NOTICE OF INDEPENDENT**
                                                                      **MEDICAL EXAMINATION**
                                         :

TRANSOCEANIC CABLE SHIP CO.,
INC. and ABC INSURANCE CO.         :

                Defendants.     :

------------------------------------------------------------X

PLEASE TAKE NOTICE, that defendant, Transoceanic Cable Ship Co., Inc., pursuant to Rule 26 et seq. of the Federal Rules of Civil Procedure, will perform an independent medical examination of plaintiff on the 1st day of April, 2003 at 10:00 A.M. or on a lawfully adjourned day. The identity of the examining doctor(s) and the location of his/her office(s) to be provided.


PLAINTIFF'S EXHIBIT

FROM : HAND&LAMPARD         PHONE NO. : 504+8880171         Feb. 17 2004 12:13PM P8

Dated: Red Bank, New Jersey
       February 19, 2003

                              BETANCOURT, VAN HEMMEN, GRECO & KENYON
                              Attorneys for Defendant Transoceanic Cable Ship Co., Inc.

                              By _____
                              Ronald Betancourt (RB 5838)
                              14 Maple Ave.
                              Red Bank, NJ 07701
                              (732) 530-4646


TO:   Law Offices William J. Blondell, Jr., Chartered
       Attorneys for Plaintiff
       628 Eastern Blvd.
       Baltimore, MD 21221-4992
       (410) 687-7878



PLAINTIFF'S EXHIBIT P-2

FROM : HAND&LAMPARD         PHONE NO. : 504+8880171         Feb. 17 2004 12:13PM P9

# HAND & LAMPARD

### Attorneys and Counselors At Law

3200 N. Turnbull Drive
Metairie, Louisiana 70002
(504) 888-8144
Fax 888-0171

Terrence J. Hand                                    Ronald E. Lampard

April 10, 2003

Harry Blondell
Attorney at Law
628 Eastern Blvd.
Baltimore, Maryland 21221

  Re: Frisella v. Transoceanic Cable Ship Company, et al
    USDC 01-1855

Dear Harry:

  Please be advised that the week of April 1, 2003 Charles Frisella shipped out to Greece and subsequently to Turkey and is not expected to return until mid July if the war does not interfere with his return.

  Based on the above circumstances, please file for an extension with regards to the applicable cut off dates set in this matter.

  We would like to reset his independent medical exam for the beginning of August, 2003 on either the day before or the day after his deposition. Please consult with the defense counsel for available deposition dates prior to scheduling his independent medical exam and advise of same.

  I have requested a copy of his latest MRI and will forward the results upon receipt of same.

  Please advise if the defendant has responded to our discovery as I would like to proceed with the taking of some of the crewmembers depositions.

  I look forward to hearing from you. With kindest regards, I am

          Sincerely,

          Terrence J. Hand

TJH/dm

PLAINTIFF'S EXHIBIT P3

FROM : HAND&LAMPARD                    PHONE NO. : 504+8880171                    Feb. 17 2004 12:13PM P10

# HAND & LAMPARD
### Attorneys and Counselors At Law

3200 N. Turnbull Drive
Metairie, Louisiana 70002
(504) 888-8144
Fax 888-0171

Terrence J. Hand                                                                 Ronald E. Lampard

September 15, 2003

VIA FACSIMILE AND U.S. Mail

Harry Blondell
Attorney at Law
628 Eastern Blvd.
Baltimore, Maryland 21221

    Re:   Frisella v. Transoceanic Cable Ship Company, et al
          USDC 01-1855

Dear Harry:

    Please be advised that our client Charles Frisella is back in town until approximately October 7, 2003. If you could reset his deposition for sometime prior to that date we can make arrangement to produce him for same. Please have your secretary coordinate dates with my paralegal Dionne.

    Charles reconfirmed that there are no causes on lifting at Piney Point. The ship on which he is presently assigned has a series of tapes called SOLOS (Safety of Life on Sea) on which there is an entire tape on lifting with chain falls. You may want to list same as an exhibit and ask a representative of Chesapeake Engineers if they have access to these tapes.

    Thanks for your assistance with this matter. With kindest regards, I am

                    Sincerely,

                    Terrence J. Hand

TJH/dm


PLAINTIFF'S EXHIBIT P-4

FROM : HAND&LAMPARD           PHONE NO. : 504+8880171           Feb. 17 2004 12:14PM P11

# HAND & LAMPARD
*Attorneys and Counselors At Law*

3200 N. Turnbull Drive
Metairie, Louisiana 70002
(504) 888-8144
Fax 888-0171

Terrence J. Hand                                                             Ronald E. Lampard

October 6, 2003

Harry Blondell
Attorney at Law
628 Eastern Blvd.
Baltimore, Maryland 21221

    Re:    Frisella v. Transoceanic Cable Ship Company, et al
           USDC 01-1855

Dear Harry:

    Charles Frisella is leaving on October 9, 2003 to join a ship in Kwait. It is expected to be a four month voyage which will put us beyond our current February 2, 2004 trial date.

    However, if we set his deposition for possibly Monday, January 6, 2004 and get him a deposition subpoena through the court to appear at said deposition then he can use that subpoena to get off the ship earlier than expected and fly home. This early release from the ship would also give us time to prepare for the trial with Charlie here. If this meets with your approval and the defense counsel agrees please facsimile to my office by October 8, 2003 a copy of the said subpoena and he will bring it with him to show the ship's captain.



    Please advise as soon as possible so that I can communicate with our client. I look forward to hearing from you. With kindest regards, I am

                               Sincerely,

                               Terrence J. Hand

TJH/dm



FROM : HAND&LAMPARD    PHONE NO. : 504+8880171    Feb. 17 2004 12:14PM P12

 

## LMS SHIPMANAGEMENT, INC.

December 2, 2003

Mr. Terrence J. Hand, Esq.
3200 N. Turnbull Drive
Metairie, LA 70002

Subject:   Charles J. Frisella
          SS# 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

Dear Sir:

Please be advised that Mr. Charles J. Frisella, SS# 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, DOB: 05/26/67 is presently serving aboard the SS PFC EUGENE A. OBREGON in the capacity of Bosun. Mr. Frisella returned to his permanent assignment 19 October 2003 in the port of Shuaibah, Kuwait and is due to be relieved on/about 19 February 04.

The SS PFC EUGENE A. OBREGON is a Roll-on/Roll-off vessel which is chartered to the Military Sealift Command and presently stationed in the Mediterranean. We do not expect this vessel to return to the USA until mid 2004 for dry-docking. Mr. Frisella will be relieved when his assigned tour of duty is completed in February at which time he will be repatriated to his homeport of New Orleans, Louisiana.

Very truly yours,

LMS SHIPMANAGEMENT, INC.
    as agents for
Waterman Steamship Corporation

Robert P. Chiesa
Manager, Marine Personnel

RPC/kb
cc:  Mr. Charles Frisella
     2113 Pelican Street
     Slidell, LA 70460



1700 POYDRAS CENTER  •  650 POYDRAS ST.  •  P.O. 58409  •  NEW ORLEANS, LA USA 70153-8409
TEL: (504) 529-5461  •  FAX: (504) 529-5745  •  TLX: 587435 (CGULFNO)