

$50 FEE PAID
#002526
~~FEE NOT PAID~~
(SEND LETTER)

**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MAR 18 2004

AT BALTIMORE
RK U.S. DISTRICT COURT
ISTRICT OF MARYLAND
BY _____ DEPUTY

CHARLES FRISELLA,
      Plaintiff(s)

vs.

Case No.: AMD 02 CV 3435

TRANSOCEANIC CABLE SHIP CO., INC., et al.
      Defendant(s)

### MOTION FOR ADMISSION *PRO HAC VICE*

I, Harry W. Blondell, am a member in good standing of the bar of this Court. My bar number is 06958 am moving the admission of Terrence J. Hand to appear *pro hac vice* in this case as counsel for Plaintiff, Charles Frisella.

We certify that:

1. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| State of Louisiana - all State Courts for the State of Louisiana (Bar Number: 6505) | 1972 |
| Federal Court Eastern District of Louisiana | 1972 |

2. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court 0 times.

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

4. The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules



of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5.  The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6.  Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7.  **The $50.00 fee for admission *pro hac vice* is enclosed.** (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

8.  The completed Electronic Case Files Attorney Registration Form is enclosed.

Respectfully submitted,

MOVANT
*[signature]*
Signature

Harry W. Blondell

Law Office of Harry W. Blondell
Firm

9634 Deereco Road, Timonium, MD 21093
Address

410-308-3669

410-561-8738
Fax Number

PROPOSED ADMITTEE
*[signature]*
Signature

Terrence J. Hand

Hand & Lampard
Firm

3200 N. Turnbull Drive, Metaire, LA 70002
Address

504-888-8144

504-888-0171
Fax Number

*****************************************************************

**ORDER**

☑ GRANTED   ☐ DENIED

3-24-04
Date

Felicia C. Cannon
Clerk, United States District Court
by: *[signature]*